States.

No. 334, Misc. PETERSON *v.* CLARK, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 360, Misc. VIDA *v.* SARTWELL, WARDEN. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 390, Misc. MORTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 410, Misc. HELTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 489, Misc. WALTENBERG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 21, Misc. EVANS ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *G. Wray Gill, Sr.,* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent.

No. 52, Misc. LITTLETON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *George Cowden,* First Assistant Attorney General, *Robert Lattimore* and *Howard M. Fender,*